UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: MONTANO, JULIA                Case No. 11-14502-S7
_____,     Chapter 7
          Debtor

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 14, 2011. The undersigned trustee was appointed on October 14, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     124,322.30

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 64,025.05 |
| Bank service fees | 123.15 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 60,174.10 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/04/2014 and the deadline for filing governmental claims was 04/11/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,399.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,399.63, for a total compensation of $8,399.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $663.66, for total expenses of $663.66.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/20/2014      By: /s/LINDA BLOOM TRUSTEE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-14502-S7  **Trustee:** (510110) LINDA BLOOM TRUSTEE
**Case Name:** MONTANO, JULIA  **Filed (f) or Converted (c):** 10/14/11 (f)
**§341(a) Meeting Date:** 11/14/11
**Period Ending:** 05/20/14  **Claims Bar Date:** 02/04/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Personal residence 7254 Carriso Dr NE RR | 195,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America checking | 387.00 | 0.00 | | 0.00 | FA |
| 4 | Bank of America savings | 31.69 | 0.00 | | 0.00 | FA |
| 5 | Misc. HHGs and furnishings | 2,590.00 | 0.00 | | 0.00 | FA |
| 6 | Books, Pictures | 180.00 | 0.00 | | 0.00 | FA |
| 7 | Personal clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Bracelet, Rings, Watch, Necklace | 350.00 | 0.00 | | 0.00 | FA |
| 9 | American Life Insurance Term policy | 1.00 | 0.00 | | 0.00 | FA |
| 10 | 2006 Jeep Grand Cherokee  (See Footnote) | 16,715.00 | 535.00 | | 0.00 | FA |
| 11 | 2008 Nissan Altima  (See Footnote) | 16,000.00 | 1,473.69 | | 0.00 | FA |
| 12 | Claim v. Pfizer/Wyeth MDL Distr Ark  (u)  (See Footnote) | Unknown | 124,260.64 | | 124,260.64 | FA |
| 13 | Claim v. Pfizer MDL interest on net settlement a  (u)  (See Footnote) | Unknown | 61.66 | | 61.66 | FA |
| 13 | **Assets  Totals** (Excluding unknown values) | **$231,854.69** | **$126,330.99** | | **$124,322.30** | **$0.00** |

RE PROP# 10    Overvalued by D.
RE PROP# 11    Overvalued by D.
RE PROP# 12    Claim  pre-petition, not scheduled or otherwise disclosed by Debtor.  Trustee reopened case 11/13 to
               administer this asset, possible monetary settlement pending.  Tr will employ special counsel 11/13.
               020614 sealed order approving compromise of this claim $124,260.64 net to estate
RE PROP# 13    022414 net settlement amount of $124,260.64 recd from special counsel plus $61.66 for client
               interest from special counsel's trust account

**Major Activities Affecting Case Closing:**

Employ tr attorney and special counsel
Approve settlement under seal

103113 Tr filed motion to reopen to administer undisclosed PI claim
110113 clerks notice of fees due reopen fee $260.00 DEFERRED
110113 order reopening case
NDR 11/11 withdrawn

Case 11-14502-t7    Doc 43    Filed 05/22/14    Entered 05/22/14 14:19:35 Page 3 of 11

Printed: 05/20/2014 01:46 PM    V.13.15

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-14502-S7 | **Trustee:** (510110) LINDA BLOOM TRUSTEE |
| **Case Name:** MONTANO, JULIA | **Filed (f) or Converted (c):** 10/14/11 (f) |
| | **§341(a) Meeting Date:** 11/14/11 |
| **Period Ending:** 05/20/14 | **Claims Bar Date:** 02/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Asset notice 11/1/13
1113 AEA special counsel pending
1213 Atty David Hernandez EOA for D
0114 Tr filing 9019 motion to approve MDL settlement
0214 settlement approved and funds paid to estate, prof fee app pending
041514 TFR submitted email to USTReg20

**Initial Projected Date Of Final Report (TFR):** June 30, 2014   **Current Projected Date Of Final Report (TFR):** April 15, 2014 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-14502-S7  
**Case Name:** MONTANO, JULIA  

**Taxpayer ID #:** **-***2902  
**Period Ending:** 05/20/14  

**Trustee:** LINDA BLOOM TRUSTEE (510110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $9,920,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/24/14 | {13} | BEASLEY ALLEN ATTORNEYS | CLIENT FUND INTEREST FROM SPEC COUNSEL ON NET PFIZER SETTLEMENT FUNDS | 1242-000 | 61.66 | | 61.66 |
| 02/24/14 | {12} | BEASLEY ALLEN ATTORNEYS | PFIZER SUIT SETTLEMENT COMPROMISE ORDER 2/6/14 | 1242-000 | 124,260.64 | | 124,322.30 |
| 02/27/14 | 101 | Beasley, Allen, Crow, Methvin, Portis & Miles PC | ComptromOrder#37 Fees $53,685.46 Exp $5502.08 | | | 59,187.54 | 65,134.76 |
| | | | 53,685.46 | 3210-600 | | | 65,134.76 |
| | | | 5,502.08 | 3220-610 | | | 65,134.76 |
| 02/27/14 | 102 | Clerk of the Bankruptcy Court | | 2700-000 | | 260.00 | 64,874.76 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.88 | 64,856.88 |
| 03/05/14 | 103 | Linda S. Bloom PA | Fee order 030514 #40 | | | 4,577.51 | 60,279.37 |
| | | | 4,505.96 | 3110-000 | | | 60,279.37 |
| | | | 71.55 | 3120-000 | | | 60,279.37 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.27 | 60,174.10 |
| | | | **ACCOUNT TOTALS** | | **124,322.30** | **64,148.20** | **$60,174.10** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **124,322.30** | **64,148.20** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$124,322.30** | **$64,148.20** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5266** | 124,322.30 | 64,148.20 | 60,174.10 |
| | $124,322.30 | $64,148.20 | $60,174.10 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 4, 2014

**Case Number:** 11-14502-S7  
**Debtor Name:** MONTANO, JULIA

Page: 1

**Date:** May 20, 2014  
**Time:** 01:46:23 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | LINDA BLOOM TRUSTEE<br>13170 CENTRAL SE STE B#318<br>ALBUQUERQUE, NM 87123 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 102992.51] | $8,399.63 | $0.00 | 8,399.63 |
| 200 | LINDA BLOOM TRUSTEE<br>13170 CENTRAL SE STE B#318<br>ALBUQUERQUE, NM 87123 | Admin Ch. 7 | | $663.66 | $0.00 | 663.66 |
| 200 | Clerk of the Bankruptcy Court<br>PO Box 546<br>Albuquerque, NM 87103 | Admin Ch. 7 | Notice of fees due 11/1/13 #16 | $260.00 | $260.00 | 0.00 |
| 200 | Linda S. Bloom PA<br>13170 Central SE Ste B#318<br>Albuquerque, NM 87123 | Admin Ch. 7 | | $4,505.96 | $4,505.96 | 0.00 |
| 200 | Linda S. Bloom PA | Admin Ch. 7 | | $71.55 | $71.55 | 0.00 |
| 200 | Beasley, Allen, Crow, Methvin, Portis & Miles PC<br>Attn: Ted Meadows Esq<br>218 Commerce St<br>Montgomery, AL 36104 | Admin Ch. 7 | | $53,685.46 | $53,685.46 | 0.00 |
| 200 | Beasley, Allen, Crow, Methvin, Portis & Miles PC<br>Attn: Ted Meadows Esq.<br>218 Commerce St<br>Montgomery, AL 36104 | Admin Ch. 7 | | $5,502.08 | $5,502.08 | 0.00 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXXXXXXXXXXXXXXX<br>History: Details1-111/07/2013Claim #1 filed by Discover Bank, Amount claimed: $12689.80 (Beckman, Kyle )<br>-----------------------------------------------------------------------------* * *<br><br>-----------------------------------------------------------------------------<br>Schedule F Description:<br>8/2008<br>Credit Card Purchases | $12,689.80 | $0.00 | 12,689.80 |
| 2<br>610 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details2-111/21/2013Claim #2 filed by Capital One NA, Amount claimed: $800.51 (Lee, Thomas )<br>-------------------------------------------------------------------------------* * * | $800.51 | $0.00 | 800.51 |
| 3<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | XXXXXXXXXXXXXXXX<br>History: Details3-101/13/2014Claim #3 filed by American Express Bank FSB, Amount claimed: $1457.56 (Lee, Thomas )<br>-----------------------------------------------------------------------------* * * | $1,457.56 | $0.00 | 1,457.56 |

**E X H I B I T   C**
**ANALYSIS OF CLAIMS REGISTER**   Claims Bar Date: February 4, 2014

| Case Number: | 11-14502-S7 | Page: 2 | Date: | May 20, 2014 |
| Debtor Name: | MONTANO, JULIA | | Time: | 01:46:23 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Schedule F Description:<br>10/2007<br>Credit Card Purchases (Add. Acct. #3774814857XXXX) | | | |
| 4<br>610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXXXXXX2445<br>History: Details4-103/05/2014Claim #4 filed by GE Capital Retail Bank, Amount claimed: $1330.28 (Singh, Ramesh )<br>-------------------------------------------------------------------------------* * *<br><br>--------------------------------------------------------------------------------<br>Schedule F Description:<br>6/1994<br>Credit Card Purchases (Add. Acct. #374354099433798) | $1,330.28 | $0.00 | 1,330.28 |
| 5<br>610 | eCAST Settlement Corp.<br>Assignee of Capital One, N.A.,c/o Bass<br>& Associates, P.C.,3936 E. Ft. Lowell Ro<br>Tucson, AZ 85712 | Unsecured | History: Details5-103/07/2014Claim #5 filed by eCAST Settlement Corp., Amount claimed: $4092.67 (Moore, Maritza )<br>-------------------------------------------------------------------------------* * * | $4,092.67 | $0.00 | 4,092.67 |
| 6<br>610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXXXXXX5683<br>History: Details6-103/10/2014Claim #6 filed by GE Capital Retail Bank, Amount claimed: $1495.64 (Singh, Ramesh )<br>-------------------------------------------------------------------------------* * *<br><br>--------------------------------------------------------------------------------<br>Schedule F Description:<br>4/2007<br>Credit Card Purchases | $1,495.64 | $0.00 | 1,495.64 |
| 7<br>610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXXXXXX3584<br>History: Details7-103/10/2014Claim #7 filed by GE Capital Retail Bank, Amount claimed: $5694.26 (Singh, Ramesh )<br>-------------------------------------------------------------------------------* * *<br><br>--------------------------------------------------------------------------------<br>Schedule F Description:<br>3/2010<br>Credit Card Purchases | $5,694.26 | $0.00 | 5,694.26 |
| 8<br>610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXX-XXXX-XXX479-9<br>History: Details8-103/10/2014Claim #8 filed by GE Capital Retail Bank, Amount claimed: $2133.05 (Singh, Ramesh )<br>-------------------------------------------------------------------------------* * * | $2,133.05 | $0.00 | 2,133.05 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 4, 2014

**Case Number:** 11-14502-S7
**Debtor Name:** MONTANO, JULIA

Page: 3

**Date:** May 20, 2014
**Time:** 01:46:23 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Schedule F Description:<br>3/2008<br>Credit Card Purchases | | | |
| 1A<br>640 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXXXXXXXXXXXXXXX | $37.29 | $0.00 | 37.29 |
| 2A<br>640 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2.35 | $0.00 | 2.35 |
| 3A<br>640 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | XXXXXXXXXXXXXXXX | $4.28 | $0.00 | 4.28 |
| 4A<br>640 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXXXXXX2445 | $3.91 | $0.00 | 3.91 |
| 5A<br>640 | eCAST Settlement Corp.<br>Assignee of Capital One, N.A.,c/o Bass<br>& Associates, P.C.,3936 E. Ft. Lowell Ro<br>Tucson, AZ 85712 | Unsecured | | $12.03 | $0.00 | 12.03 |
| 6A<br>640 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXXXXXX5683 | $4.39 | $0.00 | 4.39 |
| 7A<br>640 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXXXXXX3584 | $16.73 | $0.00 | 16.73 |
| 8A<br>640 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXX-XXXX-XXX479-9 | $6.27 | $0.00 | 6.27 |
| SURPLUS<br>650 | MONTANO, JULIA<br>7254 CARRIZO DR. NE<br>RIO RANCHO, NM 87144 | Unsecured | | $21,329.79 | $0.00 | 21,329.79 |
| << Totals >> | | | | 124,199.15 | 64,025.05 | 60,174.10 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-14502-S7
Case Name: MONTANO, JULIA
Trustee Name: LINDA BLOOM TRUSTEE

**Balance on hand:** $ 60,174.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 60,174.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LINDA BLOOM TRUSTEE | 8,399.63 | 0.00 | 8,399.63 |
| Trustee, Expenses - LINDA BLOOM TRUSTEE | 663.66 | 0.00 | 663.66 |

Total to be paid for chapter 7 administration expenses: $ 9,063.29
Remaining balance: $ 51,110.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 51,110.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 51,110.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 29,693.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 12,689.80 | 0.00 | 12,689.80 |
| 2 | Capital One NA | 800.51 | 0.00 | 800.51 |
| 3 | American Express Bank FSB | 1,457.56 | 0.00 | 1,457.56 |
| 4 | GE Capital Retail Bank | 1,330.28 | 0.00 | 1,330.28 |
| 5 | eCAST Settlement Corp. | 4,092.67 | 0.00 | 4,092.67 |
| 6 | GE Capital Retail Bank | 1,495.64 | 0.00 | 1,495.64 |
| 7 | GE Capital Retail Bank | 5,694.26 | 0.00 | 5,694.26 |
| 8 | GE Capital Retail Bank | 2,133.05 | 0.00 | 2,133.05 |

Total to be paid for timely general unsecured claims: **$ 29,693.77**
Remaining balance: **$ 21,417.04**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: **$ 0.00**
Remaining balance: **$ 21,417.04**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 21,417.04

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $87.25. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 21,329.79.

**UST Form 101-7-TFR (05/1/2011)**